OPINION — AG — THE DISTRICT ATTORNEY HAS THE DUTY TO ENFORCE AND HELP COLLECT DELINQUENT CHILD SUPPORT PAYMENTS PURSUANT TO THE PROVISIONS OF 12 O.S. 1971 1600.1 [12-1600.1] THRU 12 O.S. 1971 1600.38 [12-1600.38], UNLESS BOTH PARTIES RESIDE IN THE SAME COUNTY WITHIN THE DISTRICT ATTORNEY'S JURISDICTION. CITE: 12 O.S. 1971 1600.3 [12-1600.3], 12 O.S. 1971 1600.10 [12-1600.10] [12-1600.10], 12 O.S. 1971 1600.12 [12-1600.12] 12 O.S. 1971 1600.11 [12-1600.11], 12 O.S. 1971 1600.14 [12-1600.14] [12-1600.14], 12 O.S. 1971 1600.18 [12-1600.18] 12 O.S. 1971 1600.19 [12-1600.19], 12 O.S. 1971 1600.21 [12-1600.21] [12-1600.21], 12 O.S. 1971 1600.38 [12-1600.38] 21 O.S. 1971 851 [21-851], 21 O.S. 1971 853 [21-853] [21-853], 21 O.S. 1971 852 [21-852] 57 O.S. 1975 Supp., 233 [57-233] (DAVID W. LEE)